

**FILED**
6/29/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

JUN 0 2 2016
6-2-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Antonio Airhart

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom DaRT / Cook
County Sheriff Department
Of corrections

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case:
(To

**1:16-cv-5834**
**Judge Joan H. Lefkow**
**Magistrate Judge Sheila M. Finnegan**
**PC11**

**CHECK ONE ONLY:**

√        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
             **U.S. Code** (state, county, or municipal defendants)

                **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
             **28 SECTION 1331 U.S. Code** (federal defendants)

                **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: _Antonio Airhart_

    B.    List all aliases: _____

    C.    Prisoner identification number: _20141212 211_

    D.    Place of present confinement: _Cook County Jail_

    E.    Address: _2600 s California Chicago IL. 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _Tom Dart_

             Title: _Cook county Sheriff_

             Place of Employment: _Cook County Jail / Cook County Sheriff Department_

    B.    Defendant: _Officer #0 watts (first name is unknown)_

             Title: _Correctional Officer (Station in Division-9)_

             Place of Employment: _Cook County Jail_

    C.    Defendant: _____

             Title: _____

             Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                                    Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____N/A_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ____N/A____
_____
_____
_____

D. List all defendants: _____N/A_____
_____
_____
_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

F. Name of judge to whom case was assigned: ____N/A_____

G. Basic claim made:____N/A_____
_____
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____
_____
_____

I. Approximate date of disposition: ____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Dec. 17, 2015 Detainee Airhart #2014121211 was in the day room enjoying my time out when officers was called to the wing about an alteration that had nothing to do with me. This issue happend on 2A-Div-9 and Cook County jail. Once the C/o's arrived on 2A the sergent orderd all Detainees to lock up. Upon me locking up I left my thermal on the patio so as I was going to get it Officer watts used excessive force with great malicous, striking me many times in the head and eye Before tackeling me to the floor and contiued to swing. Tom Dart played no part and the issue at hand But Being Head Sheriff its his job to make sure all Detainees are safe from Cruel and unusul punishment.
thanks Antonio Airhart 2014121211

---

Revised 9/2007

Revised 9/2007

**V.**  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks Compensatory damages for failure to protect, Cruel and Unusal punishment, Useing excessive force and mental anguish in the amount of three Hundred thousand dollars. ($300.000)

**VI.**  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___5___ day of ___May___, 20_16_

_____Antonio Airhart_____
(Signature of plaintiff or plaintiffs)

_____Antonio Airhart_____
(Print name)

_____2014121021/_____
(I.D. Number)

_____2600 S California Chicago Ih, 60608_____

_____
(Address)

6

Revised 9/2007